UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------

UNITED STATES OF AMERICA,

                Plaintiff,

     v.

SAFETY FIRST PRODUCTS
CORPORATION,

                Defendant.

---------------------------------------------------------

20-mc-503 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

    The Court having considered the motion of plaintiff United States of America for termination of the final judgment entered in the above-captioned case against Safety First Products Corporation, which changed its name to Mealane Corporation in 1976 and surrendered its authority to do business in New York in 1983,

    IT IS HEREBY ORDERED that the final judgment entered in *United States v. Safety First Products Corporation* is hereby terminated.

Dated:  New York, New York
           December 29, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.